THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIRK MACKEY,** | § |
| **Plaintiff,** | § § § |
| | § **CIVIL ACTION** |
| vs. | § |
| | § **CASE NO. 4:23-CV-01478** |
| **VIRANI MANSOOR and** | § |
| **TEXAS TACO CABANA, L.P.,** | § § |
| **Defendants.** | § § |

## NOTICE OF SETTLEMENT

Defendant, Texas Taco Cabana, L.P., by and through the undersigned counsel, hereby notifies this Court that the Parties have reached settlement of all issues pertaining to Plaintiff, Kirk Mackey's claims against all Defendants.

The Parties are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice of all Defendants once the agreement is finalized. Defendant and Plaintiff request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 14th day of September 2023.

AKERMAN, LLP

By: */s/ Ryan C. Krone*
John K. Linker
State Bar No. 00785313
Email: john.linker@akerman.com
Ryan C. Krone
State Bar No. 24085750
Email: ryan.krone@akerman.com
1300 Post Oak Boulevard Suite 2300
Houston, Texas 77056
Tel: 713-623-0887
Fax: 713-960-1527

**COUNSEL FOR DEFENDANT**

**TEXAS TACO CABANA, L.P.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September 2023, a true and correct copy of the foregoing was filed with the Clerk of Court using its CM/ECF system which will serve an electronic copy on all counsel of record.

By: */s/ Ryan C Krone*
Ryan C. Krone

72712093;1