IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-01478 |
| VIRANI MANSOOR and | ) | |
| TEXAS TACO CABANA, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIRK MACKEY and Defendants, VIRANI MANSOOR and TEXAS TACO CABANA, L.P., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 7th day of October, 2023.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*_____
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Attorney for Plaintiff

/s/ John K. Linker
John K. Linker, Esq.
State Bar No. 00785313
Email: john.linker@akerman.com
Ryan C. Krone, Esq.
State Bar No. 24085750
Email: ryan.krone@akerman.com
 Akerman LLP
1300 Post Oak Boulevard
Suite 2300
Houston, Texas 77056
Tel: 713-623-0887
*Attorneys for Defendant Texas Taco Cabana, L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL