IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:23-CV-01478 |
| VIRANI MANSOOR and | ) |
| TEXAS TACO CABANA, L.P., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL AS TO DEFENDANTS

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 7, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendants, VIRANI MANSOOR and TEXAS TACO CABANA, L.P., be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 10th day of October, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE